No. 1068, Misc. CAMPLAIN *v.* OKLAHOMA ET AL. Court of Criminal Appeals of Oklahoma. Certiorari denied.

No. 1075, Misc. VINSON *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 1079, Misc. HART *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 1083, Misc. BUSH *v.* ILLINOIS. SUPREME COURT OF ILLINOIS. Certiorari denied.

No. 1129, Misc. CALLAHAN *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied. *Frances Kahn* for petitioner.

No. 2, Misc. SIMON *v.* MARONEY, WARDEN, ET AL. Supreme Court of Pennsylvania. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Marjorie Hanson Matson* and *Rowland Watts* for petitioner.

No. 53. BROOKS *v.* MISSOURI PACIFIC RAILROAD CO., *ante,* p. 182;

No. 612. ADDISON ET AL. *v.* UNITED STATES, *ante,* p. 905;

No. 705. WHALEY *v.* UNITED STATES, *ante,* p. 911; and

No. 730. WISCONSIN & MICHIGAN STEAMSHIP CO. *v.* CORPORATION AND SECURITIES COMMISSION, *ante,* p. 912. Petitions for rehearing denied.